

March 11, 2016

**By Electronic Case Filing**

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Aurelius Capital Master, Ltd. v. Republic of Argentina*, No. 16-628 (and consolidated cases)

Dear Ms. O'Hagan Wolfe:

    I am counsel for defendant-appellee the Republic of Argentina in the above-captioned matter. In a March 8 order, the Court issued the following expedited briefing schedule in this case: appellants' principal briefs are due March 14, appellee's opposition brief are due March 21, and appellants' reply briefs are due March 25. The order indicated that the date of oral argument will be determined at a later time. I will be arguing in the U.S. Supreme Court on March 23, in *Little Sisters of the Poor Home for the Aged v. Burwell*, No. 15-105 (and the consolidated cases), and am unavailable for argument the week of March 28. I am available for argument any day during the week of April 4. Although I am cognizant of the need to schedule this case expeditiously and the difficulty of coordinating the Judges' availability with that of counsel for all parties, I respectfully request that the Court schedule argument during the week of April 4, if at all possible.

    Please do not hesitate to contact me at (202) 234-0090 should you have any questions.

    Respectfully submitted,

    Paul D. Clement
    *Counsel for Defendant-Appellee*

cc:    All Counsel of Record (via CM-ECF)

500 New Jersey Avenue, N.W. • Seventh Floor• Washington D.C. 20001
Telephone 202.234.0090 • www.bancroftpllc.com • Facsimile 202.234.2806